

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Carlos Armenta, Appellant

No. 06-13-00069-CV          v.

TDCJ, et al., Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 08-C-1870-202). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Carlos Armenta, pay all costs of this appeal.

RENDERED SEPTEMBER 13, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk